U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

## OMNIBUS NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that Attorney Jennifer M. Wagoner hereby withdraws her appearance as counsel of record for identified debtors in the bankruptcy cases listed on the attached Exhibit A, as she will no longer be employed by Slayton Law, PLC effective September 13, 2024.

PLEASE TAKE FURTHER NOTICE that Marshall M. Slayton will continue to represent the identified debtors in the bankruptcy cases listed on the attached Exhibit A.

DATED: September 13, 2024

/s/ Jennifer M. Wagoner
Jennifer M. Wagoner VSB #47920
Slayton Law, PLC
913 East Jefferson Street
Charlottesville, VA  22902
Phone: (434) 979-7900

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, true and correct copies of the foregoing Omnibus Notice of Withdrawal of Counsel were mailed by first class mail, postage prepaid, to the Debtor(s), and via ECF to the Chapter 13 Trustee.

/s/ Jennifer M. Wagoner
Jennifer M. Wagoner

Exhibit A

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Wagoner, Jennifer (aty) | 17-61076 | Yolanda Reshelle Fountain | 13 | 05/31/17 | N/A | N/A |
| | 17-61889 | Brian Michael Laney and Katherine Alexis Laney | 13 | 09/28/17 | N/A | N/A |
| | 17-62045 | Louise Lou-Verne Wood | 13 | 10/20/17 | N/A | N/A |
| | 18-50950 | Timothy Antonio Dudley, Sr. and Andrea Elizabeth Dudley | 13 | 10/24/18 | N/A | N/A |
| | 18-60094 | Leslie Junius Eldridge, Jr. and Patricia Ann Eldridge | 13 | 01/19/18 | N/A | N/A |
| | 18-60288 | Gary Bernard Bishop | 13 | 02/19/18 | N/A | N/A |
| | 18-60636 | Joan W. Sanchez | 13 | 04/02/18 | N/A | N/A |
| | 18-60750 | Patrick Alan Reed and Peggy Jean Reed | 13 | 04/18/18 | N/A | N/A |
| | 18-60756 | Edward Elager Harris, Jr. | 13 | 04/19/18 | N/A | N/A |
| | 18-60821 | Kim Carter Eldridge | 13 | 04/26/18 | N/A | N/A |
| | 18-60916 | Jane Dunlap Sathe | 13 | 05/08/18 | N/A | N/A |
| | 18-61022 | April Renee Moon | 13 | 05/23/18 | N/A | N/A |
| | 18-61082 | Maggie Elaine Kelley | 13 | 05/31/18 | N/A | N/A |
| | 18-61121 | Edward Douglas Abbott, Jr. and Patricia Ann Williams | 13 | 06/04/18 | N/A | N/A |
| | 18-61131 | Reginald Clabourne Johnson, III and Artese Lynette Johnson | 13 | 06/06/18 | N/A | N/A |
| | 18-61226 | Bruce Allen Russell | 13 | 06/22/18 | N/A | N/A |
| | 18-61319 | Colby Lee Miller and Anne Courtney Miller | 13 | 07/05/18 | N/A | N/A |
| | 18-61341 | Ronnie Eugene Morris, Sr. and Lola Diane Goolsby Morris | 13 | 07/09/18 | N/A | N/A |
| | 18-61406 | Cynthia Denise Brown-Lockley | 13 | 07/18/18 | N/A | N/A |
| | 18-61813 | Selena Marie Jones | 13 | 09/18/18 | N/A | N/A |
| | 18-61869 | Robert William Harrington and Laura Marie Harrington | 13 | 09/25/18 | N/A | N/A |
| | 18-61896 | Katharine Mary Kuper | 13 | 09/27/18 | N/A | N/A |
| | 18-62112 | Elton James Roach, Jr. | 13 | 10/26/18 | N/A | N/A |
| | 18-62296 | Vivian Tabatha Polo | 13 | 11/26/18 | N/A | N/A |
| | 18-62320 | James Preston Farrar, Jr. and Donna Smith Farrar | 13 | 11/28/18 | N/A | N/A |
| | 18-62487 | Robin Lynn Templeton | 13 | 12/19/18 | N/A | N/A |